FRANCIS KUPPERMAN, Respondent, *v.* OSHER ZIRINSKY, Appellant.

Supreme Court, Appellate Term, First Department, January 8, 1925.

Judgments — Municipal Court of City of New York — court without power to alter judgment from one in favor of defendant to judgment for plaintiff.

The Municipal Court of the City of New York has power to vacate a judgment and grant a new trial, but it is unauthorized to alter a judgment from one in favor of the defendant to a judgment for the plaintiff.

APPEAL by defendant from a judgment of the Municipal Court of the City of New York, Borough of Manhattan, Seventh District, in favor of plaintiff.

*Zvirin & Zvirin* [*Nathan Zvirin* of counsel], for the appellant.

*Frederick & Jerome Weiss* [*Frederick Weiss* of counsel], for the respondent.

PER CURIAM:

From the notice of appeal it would appear that this is an appeal from a judgment, but in fact it is from an order entered on the seventeenth day of June amending a former judgment for the defendant so as to make it one for plaintiff. This order was the result of a motion made by order to show cause " why the judgment should not be vacated and set aside as against the law and a new trial ordered."

While the court had power to vacate the judgment and grant a new trial, to change the judgment from one in favor of the defend-

ant to a judgment for plaintiff was unauthorized. (*Miller, Inc.*, v. *Leahy Building Co.*, 95 Misc. 616.)

Order modified by striking therefrom "judgment therefore amended to read judgment for plaintiff for rent $220 counterclaim dismissed as premature and without prejudice," and substituting therefor "judgment vacated and a new trial ordered," and order as so modified affirmed, without costs of appeal to either party.

All concur; present, GUY, O'MALLEY and LEVY, JJ.